Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 19−15378−MBK
        Chapter: 13
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Paul R. Thomas Jr.
   81 Rhodes Avenue
   Trenton, NJ 08638

Social Security No.:
   xxx−xx−8825

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/16/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 16, 2019
JAN: wir

                                                      Jeanne Naughton
                                                      Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                              Case No. 19-15378-MBK
Paul R. Thomas, Jr.                                                 Chapter 13
       Debtor                 CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 2       Date Rcvd: Oct 16, 2019
                              Form ID: 148                Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2019.
db            #+Paul R. Thomas, Jr.,    81 Rhodes Avenue,    Trenton, NJ 08638-2142
518144327      +Credit Union of New Jersey,    c/o Peter J. Liska, LLC,    766 Shrewsbury Ave.,
                 Tinton Falls, NJ 07724-3001
518123789      +Federal National Mortgage Assoc.,    c/o Pluese, Becker & Saltzman, LLC,
                 20000 Horizon Way, Suite 900,    Mount Laurel, NJ 08054-4318
518123791      +Higher Education Student Assistance Auth,    Hesaa Servicing/Attn Bankruptcy,    P.O. Box 548,
                 Trenton, NJ 08625-0548
518251802     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:  Nationstar Mortgage LLC,    dba Mr. Cooper,    P.O. Box 619096,
                 Dallas, TX 75261-9741)
518123794     ++SETERUS INC,   PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:  Seterus, Inc.,    ATTN: Bankruptcy Department,    PO Box 1047,
                 Hartford, CT 06143)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 17 2019 00:21:14     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 17 2019 00:21:10     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              EDI: IRS.COM Oct 17 2019 03:33:00     United States of America (Internal Revenue Service,
                 U.S. Attorneys Office,    970 Broad Street,    Suite 700,   Newark, NJ 07102-2535
518123783       EDI: APPLIEDBANK.COM Oct 17 2019 03:33:00     Applied Bank,    4700 Exchange Court,
                 Boca Raton, FL 33431
518123782      +EDI: PHINAMERI.COM Oct 17 2019 03:33:00     AmeriCredit/GM Financial,    Attn: Bankruptcy,
                 Po Box 183853,   Arlington, TX 76096-3853
518123786       E-mail/Text: bankruptcy@cunj.org Oct 17 2019 00:20:57     Credit Union of New Jersey,
                 Attn: Bankruptcy,    Po Box 7921,   Ewing, NJ 08628
518123784      +EDI: CAPITALONE.COM Oct 17 2019 03:33:00     Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
518123785      +E-mail/PDF: creditonebknotifications@resurgent.com Oct 17 2019 00:16:41     Credit One Bank,
                 Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
518123787      +EDI: DISCOVER.COM Oct 17 2019 03:33:00     Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
518123788      +E-mail/Text: bknotice@ercbpo.com Oct 17 2019 00:21:19     ERC/Enhanced Recovery Corp,
                 Attn: Bankruptcy,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
518123790      +E-mail/Text: bankruptcygpl@greatplainslending.com Oct 17 2019 00:21:41     Great Plains Lending,
                 Attn: Bankruptcy,    1050 East 2nd Street, Box 500,    Edmond, OK 73034-5313
518213532       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 17 2019 00:18:02     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518261179       EDI: PRA.COM Oct 17 2019 03:33:00     Portfolio Recovery Associates, LLC,
                 c/o Rcs Direct Marketing/Orchard Bank,    POB 41067,    Norfolk VA 23541
518123793      +EDI: DRIV.COM Oct 17 2019 03:33:00     Santander Consumer USA,    Attn: Bankruptcy,
                 Po Box 961245,   Fort Worth, TX 76161-0244
518123795      +EDI: RMSC.COM Oct 17 2019 03:33:00     Synchrony Bank/Walmart,    Attn: Bankruptcy,
                 Po Box 965060,   Orlando, FL 32896-5060
518123796      +EDI: VERIZONCOMB.COM Oct 17 2019 03:33:00     Verizon,    Verizon Wireless Bk Admin,
                 500 Technology Dr Ste 550,    Weldon Springs, MO 63304-2225
518253192      +EDI: AIS.COM Oct 17 2019 03:33:00     Verizon,    by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518123792*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:  Internal Revenue Service,    955 South Springfield Avenue,
                 Springfield, NJ 07081)
518135791*     Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA  19101-7346
                                                                                               TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Oct 16, 2019
                              Form ID: 148             Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2019                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2019 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Candyce Ilene Smith-Sklar    on behalf of Debtor Paul R. Thomas, Jr. mail@njpalaw.com,
               r56958@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Eamonn  O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)
               eamonn.ohagan@usdoj.gov
              Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 6
```